AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| IVAN HOLLINGSWORTH | ) | 6:22-mj 1229 |
| | ) | |
| | ) | |
| | ) | |
| _Defendant(s)_ | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   between Jan 14 and Jan 25, 2022   in the county of   Orange   in the
Middle & Northern   District of   Florida & Alabama   , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(a)(1)(A) | Transportation or shipment of firearms in interstate commerce while engaged |
| 18 U.S.C. § 922(o) | in the unlawful dealing of firearms. |
| | Transfer of a machinegun. |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Kathyrn Simmons, Special Agent
_____
Printed name and title

Sworn to before me by ZOOM and signed by me
pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date:   3/17/22

_____
Judge's signature

City and state:        Orlando, Florida

LESLIE HOFFMAN PRICE, U.S. Magistrate Judge
_____
Printed name and title

**STATE OF FLORIDA**                          CASE NO. 6:22-mj- *1229*

**COUNTY OF ORANGE**

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Kathryn Simmons, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.      I have been employed as a Special Agent (SA) with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) since May 2018. I am a graduate of the Federal Law Enforcement Training Center and the ATF National Academy. As a result of my training and experience as an ATF Special Agent, I am familiar with federal firearm and drug trafficking laws, and I am empowered by law to conduct investigations of, and make arrests for, such offenses.

2.      Prior to my experience with ATF, I spent approximately six years as an Identity Intelligence Exploitation Analyst for the United States Special Operations Command (USSOCOM) supporting forward Special Operations Forces (SOF). I worked in analysis of identity intelligence to create products, such as reporting on facial recognition, fingerprint matches, DNA analysis, iris scans, cellular phone and media exploitation, and networking analysis. I created intelligence reports and briefed command staff on a routine basis. These intelligence products were used to support forward deployed soldiers in investigations and prosecutions involving violent extremist organization networking, identifying improvised explosive device manufacturers, and working on locating and identifying specific terrorists.

3.     The following affidavit is based on my personal experience and involvement in this ongoing investigation, my conversations with other law enforcement officers, as well as my examination of documents and evidence related to this case.  Because this affidavit is submitted for the limited purpose of establishing probable cause, it does not contain each and every fact that I have learned during the course of this investigation.  The following statements are true and correct to the best of my knowledge.

4.     I present this affidavit in support of a criminal complaint alleging a violation of 18 U.S.C. § 922(a)(1)(A) (transportation or shipment of firearms in interstate commerce while engaged in the unlawful dealing of firearms) and 18 U.S.C. § 922(o) (transfer of a machinegun) by Ivan HOLLINGSWORTH.

5.     The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

6.     During the month of February 2021, ATF began investigating Ivan HOLLINGSWORTH after he was identified as an individual suspected of selling 3D printed auto sears for AR type firearms during an investigation into JK, AR, and MH. Pursuant to 26 U.S.C. § 5845, auto sears constitute a machinegun because they are "part[s] designed and intended solely and exclusively ... for use in converting a

2

weapon into a machinegun." An ATF Confidential Informant (CI)[1] was used in this investigation, directed by law enforcement.

7.      On or about January 13, 2021, an ATF CI completed a purchase of four auto sears from AR. On or about January 15, 2021, ATF executed a federal search warrant at AR's residence in Orlando, Florida, to search for and seize evidence related to firearm violations. During a search of the residence, ATF SAs located three auto sears, similar to the four auto sears the CI previously purchased from AR. During an interview of AR, AR identified MH as his source for the auto sears.

8.      On June 30, 2021, ATF SAs executed a federal search warrant of MH's residence in Haines City, Florida, and a 2013 silver Dodge van with a Florida license plate. During a search of MH's residence, ATF agents located two auto sears similar to those recovered during the AR investigation. The warrant included execution of a search warrant of MH's phone. MH's phone contained text messages with phone number xxx-xxx-0385; this phone number was identified as belonging to JK. The phone number was saved under contact name JK "(Ar Fauto Clip)," indicating this was the source for a fully automatic clip, which is a common term used for the auto sears. There were several messages between MH and JK indicating that MH was picking up a package from JK on several occasions between April and June 2021.

---

1 The CI is a paid informant who has previously provided reliable information concerning criminal activities that resulted in multiple convictions. The CI also provided information on criminal violations that were corroborated by an independent follow-up investigation.

9.     ATF's Firearms and Ammunition Technology Division (FATD) forensically analyzed all seven auto sears purchased and recovered from AR and his residence and the two auto sears recovered from of MH's residence, and found that they are 3D-printed auto sears, which are parts designed and intended solely and exclusively for use in converting a weapon into a machinegun.  Thus, the auto sears are machineguns as defined in 26 U.S.C. § 5845(b).

10.    On or about September 1, 2021, the same ATF CI purchased one auto sear for a semi-automatic AR type firearm from JK in Melbourne, Florida.  On or about October 5, 2021, the CI purchased five additional auto sears from JK in Melbourne, Florida.  During this transaction, which was monitored and recorded, JK stated that he obtained the auto sears from an individual in Alabama.  ATF's FATD forensically analyzed all six auto sears and found that they are 3D printed auto sears that are machineguns as defined in 26 U.S.C. § 5845(b).

11.    ATF contacted the U.S. Postal Inspection Service (USPIS) who provided documentation of all shipments to JK's residence from Alabama within the past six months.  The USPIS identified a total of six shipments, two of which were shipped from Florence, Alabama, via Shippo, in April and May of 2021 to the Middle District of Florida.  These dates align with the dates MH would have requested the auto sears from JK.  ATF received the subpoena return from Shippo, who provided customer information identifying Ivan HOLLINGSWORTH with email address ivanhollingsworth.xxx@gmail.com as the person sending those shipments.

12. ATF also located an Instagram Account under the name "Ivan HOLLINGSWORTH" with account name "ghost.dynamics88" that advertises "3D printing" and "gun building." ATF sent HOLLINGSWORTH a message on Instagram asking if he had a website. HOLLINGSWORTH provided an Etsy and Ebay account, both selling 3D printed firearm parts and accessories. On HOLLINGSWORTH's Etsy site, ATF clicked on the link that says "88 sales" and reviewed all items listed as sold. One of the very oldest items sold is a "Swift Link Keychain ***airsoft***," which appears to be an image of a 3D printed auto sear.

13. On or about December 3, 2021, an ATF agent acting in an undercover capacity (hereinafter, UC) contacted HOLLINGSWORTH on Etsy and requested to purchase a "Swift Link Keychain ***airsoft***." HOLLINGSWORTH provided phone number xxx-xxx-3378 (Target Cell Phone) for further communications. The UC contacted HOLLINGSWORTH on the Target Cell Phone and purchased two 3D printed auto sears for $15.85 via PayPal. The devices were shipped to an ATF PO Box in the Middle District of Florida and are consistent with the shape and material seized during the investigations of AR, MH, and JK. ATF's FATD forensically analyzed both auto sears and found that they are 3D printed auto sears, which are machineguns as defined in 26 U.S.C. § 5845(b).

14. During the months of December 2021 and January 2022, an ATF UC maintained contact with HOLLINGSWORTH through the Target Cell Phone. The ATF UC asked HOLLINGSWORTH if the devices had a "shelf life."

5

HOLLINGSWORTH replied, "nope Im running the same one for over a yr, still going strong.. that will last forever, Ive got prolly 10k rounds on this one , which more than most will ever shoot."  This conversation on the Target Cell Phone indicates that HOLLINGSWORTH knows the real nature of the 3D printed auto sears, what they are used for, and has fired firearms modified with auto sears.  HOLLINGSWORTH also talked about printing the devices himself and "I can 45 at once between 3 printers, try take 6 hours to print so couple days I could have em all done" and "got a lil workshop."  When the ATF UC asked what "platform," referring to what type of firearm HOLLINGSWORTH used to shoot the 10,000 rounds, HOLLINGSWORTH replied, "Ar 762x39," a type of rifle.  HOLLINGSWORTH said he had recorded it, but his iPad was dead.

15.   On or about January 14, 2022, an ATF UC agent contacted HOLLINGSWORTH via the Target Cell Phone and requested to purchase an additional 100 auto sears.  HOLLINGSWORTH agreed and said they would be $3 each and $10 for shipping.  The UC paid $310 for them via Cash App on January 19, 2022. The devices were delivered to the ATF PO Box in the Middle District of Florida, on January 25, 2022, and the UC picked them up on January 26, 2022.  The return address listed on the packaging was HOLLINGSWORTH's known residence, xxxxx, Florence, Alabama 35633, which is in the Northern District of Alabama (hereinafter the "PREMISES").  The package contained 125 3D printed auto sears, a sample of six of these devices were submitted to FATD for forensic examination.  ATF's FATD

6

determined that they are 3D printed auto sears, which are machineguns as defined in 26 U.S.C. § 5845(b).

16.    I have highlighted below some of the communications between the UC and HOLLINGSWORTH via the Target Cell Phone.  These are only a few of the key conversations demonstrating HOLLINGSWORTH's manufacture, possession, and transfer of 3D printed auto sears/machine guns.  Phone number xxx-xxx-1539 belongs to the ATF UC agent.

## Detail for 407-874-1539

| Date | Time | Number | Type | Direction | Content |
|---|---|---|---|---|---|
| 2021/12/07 | 09:31:21 AM EST | 731-439-3378 | SMS | Outgoing | Hey Ivan its Jay. I was checking to see if you shipped that kwy chain. |
| 2021/12/07 | 09:31:30 AM EST | 731-439-3378 | SMS | Outgoing | Hey |
| 2021/12/07 | 09:32:25 AM EST | 731-439-3378 | SMS | Incoming | Ya stick in mailbox yesterday mail runs late tracking should update shortly |
| 2021/12/07 | 09:32:51 AM EST | 731-439-3378 | SMS | Incoming | I went ahead threw a couple in there for ya |
| 2021/12/07 | 09:34:53 AM EST | 731-439-3378 | SMS | Outgoing | Ok cool. They look pretty neat |
| 2021/12/08 | 11:40:27 AM EST | 731-439-3378 | SMS | Outgoing | I saw that it will be delivered soon |
| 2021/12/08 | 11:46:44 AM EST | 731-439-3378 | SMS | Incoming | Good deal |
| 2022/01/14 | 01:32:43 PM EST | 731-439-3378 | SMS | Outgoing | Hey Ivan |
| 2022/01/14 | 01:33:16 PM EST | 731-439-3378 | SMS | Incoming | Yup what's up ? |
| 2022/01/14 | 02:28:33 PM EST | 731-439-3378 | SMS | Outgoing | Hey man those links worked well. Are you still selling them? |
| 2022/01/14 | 02:32:32 PM EST | 731-439-3378 | SMS | Incoming | Yup |
| 2022/01/14 | 07:07:21 PM EST | 731-439-3378 | SMS | Outgoing | How much for 20 of the drop in links? |
| 2022/01/14 | 07:15:40 PM EST | 731-439-3378 | SMS | Incoming | 100 cool ? Comes out to 5 each |
| 2022/01/14 | 07:47:03 PM EST | 731-439-3378 | SMS | Outgoing | Ivan, i have a plug who wants to do business. Have they held up for a long time or do they have a shelf life? |
| 2022/01/14 | 07:48:11 PM EST | 731-439-3378 | SMS | Incoming | Nope I'm running the same one for over a yr, still going strong .. that will last forever, I've got prolly 10k rounds on this one , which more than most will ever shoot lol |

*Figure 1: Communications between the ATF UC and Target Cell Phone, discussing the first purchase of two auto sears, requesting to order 100 more, and HOLLINGSWORTH confirming he has used the auto sears with "10 rounds"*

8

# Detail for 407-874-1539

| Date | Time | Number | Type | Direction | Content |
|---|---|---|---|---|---|
| 2022/01/14 | 07:51:10 PM EST | 731-439-3378 | SMS | Outgoing | Shit ok! We can make some good bread! how much for 40? |
| 2022/01/14 | 07:52:16 PM EST | 731-439-3378 | SMS | Incoming | If he would do 50 , I would go 3 each and 10 for shipping , so 160 total |
| 2022/01/14 | 07:55:37 PM EST | 731-439-3378 | SMS | Outgoing | So legit, full auto 10K rounds on one of your links? |
| 2022/01/14 | 07:57:03 PM EST | 731-439-3378 | SMS | Outgoing | If so i want to order 100 |
| 2022/01/14 | 07:58:36 PM EST | 731-439-3378 | SMS | Incoming | Yup , sounds good bro , just let me know when and I'll start making them , I can 45 at once between 3 printers , try take 6 hours to print so couple days I could have em all done |
| 2022/01/14 | 08:02:23 PM EST | 731-439-3378 | SMS | Outgoing | Oh shit, ok!  you printing them yourself at the crib or you have a spot. I am liking the potential here |
| 2022/01/14 | 08:03:17 PM EST | 731-439-3378 | SMS | Outgoing | so 3 each for 100? |
| 2022/01/14 | 08:04:27 PM EST | 731-439-3378 | SMS | Incoming | Ya I got a lil workshop .. sounds good bro and yup , I'm only make bout a dollar off em , filament is bout 2 bucks each give or take a lil bit |

*Figure 2:  Communications  between  the  ATF  UC  and  Target  Cell  Phone, HOLLINGSWORTH confirming the order of 100 auto sears and stating he prints them himself on "3 printers"*

## Detail for 407-874-1539

| Date | Time | Number | Type | Direction | Content |
|------|------|--------|------|-----------|---------|
| 2022/01/14 | 08:06:28 PM EST | 731-439-3378 | SMS | Outgoing | Ok, i will grab the 100 and be in touch. I think we both can up the anti to make it more beneficial for you if you are willing. Do you have any videos of your work? I just want to make sure when i contact my people they know its legit from the supplier. |
| 2022/01/14 | 08:07:34 PM EST | 731-439-3378 | SMS | Outgoing | so i know, your 10K rounds was through what platform? |
| 2022/01/14 | 08:09:43 PM EST | 731-439-3378 | SMS | Incoming | Ar 7.62x39 and I do on my iPad , it's dead as hell right now , but I ll charge it when I get some and send it to ya |
| 2022/01/14 | 08:11:30 PM EST | 731-439-3378 | SMS | Outgoing | What else you make that would be profitable? |
| 2022/01/14 | 08:12:20 PM EST | 731-439-3378 | SMS | Outgoing | ok for the 100 $310? |
| 2022/01/14 | 08:12:32 PM EST | 731-439-3378 | SMS | Incoming | Just about any abs brace plug to fill the hole , bigger seller of mine , mostly sba 3 , sba4 , shockwave v1,v2 and yup |
| 2022/01/14 | 08:12:39 PM EST | 731-439-3378 | SMS | Incoming | Sba** |
| 2022/01/14 | 08:13:17 PM EST | 731-439-3378 | SMS | Outgoing | Photo? |
| 2022/01/14 | 08:13:27 PM EST | 731-439-3378 | SMS | Incoming | Comming in now |
| 2022/01/14 | 08:13:37 PM EST | 731-439-3378 | MMS | Incoming | |
| 2022/01/14 | 08:13:37 PM EST | 731-439-3378 | MMS | Incoming | |
| 2022/01/14 | 08:13:37 PM EST | 731-439-3378 | MMS | Incoming | |
| 2022/01/14 | 08:13:37 PM EST | 731-439-3378 | MMS | Incoming | |
| 2022/01/14 | 08:13:37 PM EST | 731-439-3378 | MMS | Incoming | |
| 2022/01/14 | 08:13:37 PM EST | 731-439-3378 | MMS | Incoming | |
| 2022/01/14 | 08:13:37 PM EST | 731-439-3378 | MMS | Incoming | |

*Figure 3:  Communications between the ATF UC and Target Cell Phone, further confirming the second order of 100 auto sears and that he has used them on an AR type rifle and has video of it*

10

17.     On January 3, 2022, ATF obtained a subpoena for the Etsy account the UC agent used to make contact with HOLLINGSWORTH.  HOLLINGSWORTH is one of three individuals listed on the account, however, the phone number listed on the account matches the Target Cell Phone with the billing address coming back to the PREMISES.

18.     On January 3, 2022, ATF obtained a subpoena for information on Target Cell Phone from AT&T. AT&T reported this phone number belongs to Ivan HOLLINGSWORTH with the billing address being the PREMISES.

19.     On February 4, 2022, an ATF SA conducted surveillance at the PREMISES and observed a HOLLINGSWORTH's vehicle, a black colored Subaru B9 Tribeca vehicle (hereinafter the "SUBJECT VEHICLE") parked in the driveway.

20.     On February 10, 2022, ATF obtained a Transunion subpoena for credit information on HOLLINGSWORTH, who reported his current address as the PREMISES.

21.     On February 10, 2022, ATF obtained a PayPal subpoena for account information of HOLLINGSWORTH, who reported a current address of the PREMISES.

22.     On February 24, 2022, ATF obtained a historical cell site warrant authorized by Honorable Herman N. Johnson, Jr., U.S. Magistrate Judge, for historical cellular site information for the Target Cell Phone (xxx-xxx-3378) from January 1, 2021, to the date of the warrant.  The return showed contact between JK's

known phone number ((xxx) xxx-0385) and HOLLINGSWORTH, a total of 11 voice calls and 355 text messages. Most of those calls were between January and May 2021, around the time JK was supplying MH with 3D printed auto sears.

23.    Additionally, an ATF Intelligence Research Specialist (IRS) mapped the historical data for location data on HOLLINGSWORTH during the days he was communicating with the ATF UC agent and sold him 3D printed auto sears. During the overnight hours and at the time HOLLINGSWORTH messaged the ATF UC "Got them all done but 20, there printing now", HOLLINGSWORTH's mobile device hit off the cellular tower servicing the PREMISES.

24.    On February 24, 2022, ATF obtained a precise cell site warrant authorized by Honorable Herman N. Johnson Jr., U.S. Magistrate Judge, for precise cellular site information for the Target Cell Phone. Also on February 24, 2022, ATF obtained an Order for a Pen Register and Trap and Trace Device authorized by Honorable Leslie Hoffman Price, U.S. Magistrate Judge. An ATF IRS mapped the data, which has demonstrated a trend of HOLLINGSWORTH spending the overnight hours in the area of the PREMISES and the daytime hours in the area of Shotglass Guns at 103 Taylor Road, Florence, Alabama.

25.    ATF agents have seen HOLLINGSWORTH using the SUBJECT VEHICLE to drive between the PREMISES and the Shotglass Guns location, where he stays for a few hours on a regular basis. Photos of images posted to

HOLLINGSWORTH's social media depict him working on firearms from the Shotglass Guns location.

26.    At the request of SA Kathryn Simmons, a query was conducted of the ATF Federal Licensing System (FLS) to determine if HOLLINGSWORTH possessed Federal Firearm Licenses with negative results, indicating that HOLLINGSWORTH has not been issued such license nor is he listed on any other person or corporation's license.

27.    On March 13, 2022, an ATF agent working in an undercover capacity requested to order 75-100 3D printed auto sears from HOLLINGSWORTH. HOLLINGSWORTH stated, "No problem just let me know how many and I'll get ya fixed up" and "I knock 'em down 50 cents each, so 250". On March 14, 2022, the ATF UC agent completed a Paypal transaction for $270 to HOLLINGSWORTH for 100 3D printed auto sears and a shipping and transaction fee. The ATF UC agent asked for a photograph of the 3D printed auto sears being made and HOLLINGSWORTH replied "Ya one sec I'll be back home here in a few picking the .... up" and then provided the following photograph:



*Figure 4: Image provided to the ATF UC from HOLLINGSWORTH depicting the 3D printed auto sears during the printing process.*

28.　　On March 15, 2022, the ATF UC agent received a shipping label from HOLLINGSWORTH, showing the 3D printed auto sears would be shipped from the PREMISES to ATF PO Box in the Middle District of Florida. Aditionally, HOLLINGSWORTH stated the 3D printed auto sears "there in the mail box".



*Figure 5: Shipping label provided to the ATF UC from HOLLINGSWORTH showing the shipping address as the PREMISES and the receiving address as an ATF PO Box in the Middle District of Florida.*

29.      On March 15, 2022, SA Kathryn Simmons obtained a federal search warrant, authorized by Honorable Herman N. Johnson, Jr., U.S. Magistrate Judge, for the PREMISES and the SUBJECT VEHICLE.

30.      On March 17, 2022, ATF SAs and other law enforcement entities executed a search warrant at the PREMISES and of the SUBJECT VEHICLE in connection with the investigation, finding one Sten Machine Gun, approximately 111

15

3D printed auto sears similar to the size and shape of previous ones collected during this investigation, two firearms, ten possible silencers, eight of which appear to be 3D printed, three 3D printers, and various electronic devices. During a post *Miranda* interview, HOLLINGSWORTH stated he has manufactured and sold 3D printed auto sears. HOLLINGSWORTH alleged he was not sure that they functioned but was aware they were illegal. According to HOLLINGSWORTH, Etsy and Ebay have removed some of his auto sear listings from their websites.

31.     HOLLINGSWORTH was asked about the 100 auto sears ordered by the ATF UC agent. HOLLINGSWORTH stated he printed, sold, and shipped via USPS 100 of them a couple of months ago. HOLLINGSWORTH said that last week he received the order for 100 more and was paid for that order. ATF agents found the following box with 100 auto sears inside and a shipping label to the ATF UC PO Box in Winter Garden, Florida, which is in the Middle District of Florida.



32.    Based on the information provided above, there is probable cause to believed that between on or about January 14, 2022, and January 25, 2022, in the Middle District of Florida, and within the jurisdiction of this Court, Ivan HOLLINGSWORTH committed a violation of 18 U.S.C. § 922(a)(1)(A)

17

(transportation or shipment of firearms in interstate commerce while engaged in the unlawful dealing of firearms) and 18 U.S.C. § 922(o) (transfer of a machinegun).

This concludes my affidavit.

Kathryn Simmons
Special Agent
Bureau of Alcohol, Tobacco, Firearms
and Explosives

Subscribed and sworn to before me by
ZOOM and signed by me pursuant to
Fed. R. Crim. P. 4.1 and 4(d).   3) 17|22

LESLIE HOFFMAN PRICE
United States Magistrate Judge

18