UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 6:22-cr-52-WWB-LHP
    18 U.S.C. § 922(a)(1)(A)
IVAN C. HOLLINGSWORTH  18 U.S.C. § 922(o)
    26 U.S.C. § 5861(j)

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

Between on or about December 3, 2021, and on or about December 13, 2021, in the Middle District of Florida and elsewhere, the defendant,

IVAN C. HOLLINGSWORTH,

not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms and in the course of such business did transport in interstate commerce two machineguns, that is, two auto sear devices, which are parts designed and intended for use in converting a weapon into a machinegun.

In violation of 18 U.S.C. §§ 922(a)(1)(A), 923(a), and 924(a)(1)(D).

### COUNT TWO

Between on or about December 3, 2021, and on or about December 13, 2021, in the Middle District of Florida and elsewhere, the defendant,

IVAN C. HOLLINGSWORTH,

did knowingly transfer two machineguns, that is, two auto sear devices, which are parts designed and intended for use in converting a weapon into a machinegun.

In violation of 18 U.S.C. §§ 922(o) and 924(a)(2).

### COUNT THREE

Between on or about December 3, 2021, and on or about December 13, 2021, in the Middle District of Florida and elsewhere, the defendant,

IVAN C. HOLLINGSWORTH,

did knowingly transport and delivered in interstate commerce two auto sear devices, which are machineguns not registered to him in the National Firearms Registration and Transfer Record, in violation of 26 U.S.C. §§ 5841, 5861(j), and 5871.

### COUNT FOUR

Between on or about January 14, 2022, and on or about January 26, 2022, in the Middle District of Florida and elsewhere,

IVAN C. HOLLINGSWORTH

not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms and in the course of such business did transport in interstate commerce 125 machineguns, that is, 125 auto sear devices, which are parts designed and intended for use in converting a weapon into a machinegun.

In violation of 18 U.S.C. §§ 922(a)(1)(A), 923(a), and 924(a)(1)(D).

## COUNT FIVE

Between on or about January 14, 2022, and on or about January 26, 2022, in the Middle District of Florida and elsewhere, the defendant,

IVAN C. HOLLINGSWORTH,

did knowingly transfer 125 machineguns, that is, 125 auto sear devices, which are parts designed and intended for use in converting a weapon into a machinegun.

In violation of 18 U.S.C. §§ 922(o) and 924(a)(2).

## COUNT SIX

Between on or about January 14, 2022, and on or about January 26, 2022, in the Middle District of Florida and elsewhere, the defendant,

IVAN C. HOLLINGSWORTH,

did knowingly transport and delivered in interstate commerce 125 auto sear devices, which are machineguns not registered to him in the National Firearms Registration and Transfer Record, in violation of 26 U.S.C. §§ 5841, 5861(j), and 5871.

## FORFEITURE

1. The allegations contained in Counts One through Six are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 924(d), 26 U.S.C. § 5872, 28 U.S.C. § 2461(c), and 49 U.S.C. § 80303.

2. Upon conviction of a violation of 18 U.S.C. §§ 922(a)(1)(A) and/or 922(o), the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the violation.

3. Upon conviction of a violation of 26 U.S.C. § 5861, the defendant shall forfeit to the United States, pursuant to 26 U.S.C. § 5872 and 28 U.S.C. § 2461(c), any firearms involved in the violation, and, pursuant to 49 U.S.C. § 80303 and 28 U.S.C. § 2461(c), any aircraft, vehicle, or vessel used to facilitate the transportation, concealment, receipt, possession, purchase, sale, exchange, or giving away such firearm.

4. The property to be forfeited includes, but is not limited to, the following: four auto sears.

5. If any of the property described above, as a result of any acts or omissions of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property, which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

[signature redacted]

Foreperson

ROGER B. HANDBERG
United States Attorney

By: *[signature]*
Ilianys Rivera Miranda
Assistant United States Attorney

By: *Sara C. S.*
Sara C. Sweeney
First Assistant United States Attorney

FORM OBD-34
APR 1991

No.

# UNITED STATES DISTRICT COURT
Middle District of Florida
Orlando Division

THE UNITED STATES OF AMERICA

vs.

IVAN C. HOLLINGSWORTH

## INDICTMENT

Violations:

18 U.S.C. § 922(a)(1)(A)
18 U.S.C. § 922(o)
26 U.S.C. § 5861(j)

A true bill,

_____
Foreperson

Filed in open court this 6th day of April, 2022.

_____
Clerk

Bail  $_____

GPO 863 525